# SYNOPSIS

| | |
|---|---|
| **Name:** | Ryan Gatcomb |
| **Address:** (City & State Only) | Bangor, Maine |
| **Year of Birth and Age:** | 2007/18 |
| **Violation:** | **Count 1:** Possession of Child Pornography, child under 12. 18 U.S.C. § 2252A(a)(5)(B) |
| **Penalties:** | **Count 1:** Not more than 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 2252A(b)(2); This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Count 1:** Not less than five (5) years, not more than life, 18 U.S.C. § 3583(k) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than two years; U.S.C. § 3583(e)(3); but if, on any count, Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI; Alexander White |
| **Detention Status:** | Not in custody; warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Washington |
| **AUSA:** | Chris Ruge |
| **Guidelines apply? Y/N** | Yes |

| **Victim Case:** | Yes |
| --- | --- |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count, per 18 U.S.C. § 3013(a)(2)(A): $5,000 special assessment, per 18 U.S.C. § 3014; Up to $17,000 special assessment, per 18 U.S.C. 2259A(a)(1) |