# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RYAN GATCOMB

a/k/a Ryan Gatcomb-Golenice

No. 1:25-mj-00278-JCN

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves a felony involving a minor victim. The facts of this case also present a serious risk the defendant will flee and a serious risk of obstruction of justice. Specifically, the charge in this case is possession of child pornography. In addition, while the defendant is from Washington County, Maine, he is to the government's understanding currently homeless and subject to multiple pending state criminal charges. Therefore, his connections to the community and impetus to stay in the community are minimal, while his potential punishment for the pending charge is significant. Finally, the defendant has exhibited a willingness to obstruct justice by destroying evidence and has a history of intimidating individuals, including some who may be witnesses in this case, as described in the affidavit supporting the complaint.

2. **Reasons for Detention**. The court should detain the defendant because there are no other conditions of release which will reasonably assure the defendant's appearance as required or the safety of any other person and the

community. As stated above, the defendant's current ties to the community are tenuous, especially when compared to his pending criminal matters. Moreover, the defendant has a history of exploiting females online, meaning that the danger of harm he poses to any member of the community, to include the victims alleged victims of the pending charge, is not inherently bounded by his ability to travel.

3. **Date of Detention Hearing**. The United States requests that the detention hearing be held after a continuance of up to 3 days.

4. **Length of Detention Hearing**. The United States will require ½ hour to present its case for detention.

Date:  August 25, 2025              CRAIG M. WOLFF
                                    ACTING UNITED STATES ATTORNEY

                                    /s/ Chris Ruge
                                    Chris Ruge
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    202 Harlow Street
                                    Bangor, ME 04401
                                    (207) 945-0373
                                    Chris.ruge@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2025, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Counsel for the Defendant

CRAIG M. WOLFF
Acting United States Attorney

/S/ Chris Ruge
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04101
(207) 945-0373
Chris.ruge@usdoj.gov
